**Jeffrey J. TIDD, Petitioner,**

**v.**

**DEPARTMENT OF JUSTICE, Respondent.**

**No. 2008–3034.**

United States Court of Appeals,
Federal Circuit.

Sept. 3, 2008.

ON MOTION

*ORDER*

Upon consideration of Jeffrey J. Tidd's motion to withdraw his petition for review,

IT IS ORDERED THAT:

(1) The motion is granted. The petition for review is dismissed.

(2) Each side shall bear its own costs.